UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DANNIE RAY HAYWARD, SR.                    CIVIL ACTION NO. 08-1019

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

FORCHT WADE CORRECTIONAL                   MAGISTRATE JUDGE HORNSBY
CENTER, ET AL.

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Plaintiff's Motion for Summary Judgment (Record Document 78) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Record Document 82) is **GRANTED** and that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** to refiling it *in forma pauperis*.

Any other motions that may be pending in this case are hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of February, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE